UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00141

**Justin Tyler,**
*Plaintiff,*

v.

**UT Health Center et al.,**
*Defendants.*

### ORDER

Plaintiff Justin Tyler initiated this action, proceeding pro se, on April 12, 2022. Doc. 1. The cause of action was referred to United States Magistrate Judge John D. Love, who issued a report and recommendation recommending that the case be dismissed for lack of subject-matter jurisdiction. Doc. 4.  No objections to the report and recommendation have been filed, and the timeframe for doing so has passed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Doc. 4. Plaintiff's claims are dismissed without prejudice for lack of subject-matter jurisdiction.

*So ordered by the court on May 16, 2022.*

J. CAMPBELL BARKER
United States District Judge